583

(No. 75-CC-701— <span style="background:black">        </span>

P-M CLINICAL LABORATORIES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed May 13, 1975.*

P-M CLINICAL LABORATORIES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-800— <span style="background:black">        </span>

SUSAN L. MCCONNELL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 13, 1975.*

SUSAN L. MCCONNELL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.